UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIO RODRIGUEZ CIMADEVILLA,
et al,
    Plaintiffs,

v.    CASE NUMBER: 97-2178

ROYAL INSURANCE CO., et al.
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 9/21/99   Docket #71<br>[X] Plffs  [ ] Defts  [ ] Other<br>Title: Motion for Return of Non-resident Bond | Granted. The Clerk shall return to plaintiffs the $300 non-resident bond. |

Date 9/27/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:           EOD:

By:           #72