IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIO RODRÍGUEZ-CIMADEVILLA, personally and on behalf of his minor children, MILDRED MARIE RODRÍGUEZ-SOLIVAN and MARIO IGNACIO RODRÍGUEZ-SOLIVAN<br><br>Plaintiffs<br><br>v.<br><br>CHRYSLER CORPORATION, RICARDO COLON-MATOS, BEATRIZ JIMENEZ, ROYAL INSURANCE OF PUERTO RICO, INC., JOHN DOE, JANE DOE, RICHARD ROE AND INSURANCE COMPANIES "A", "B", and "C"<br><br>Defendants. | CIVIL NO.: 97-2178 (HL)<br><br>RE:<br><br>WRONGFUL DEATH, PERSONAL INJURY AND MENTAL ANGUISH |

**PETITION FOR THE DISBURSEMENT
OF FUNDS DEPOSITED WITH THE COURT**

**TO THE HONORABLE COURT:**

Comes now co-plaintiff in the above captioned case, Mildred Marie Rodríguez-Solivan ("Ms. Rodríguez-Solivan"), through the undersigned attorney, and respectfully states and prays as follows:

1. At the time that the above captioned action was filed, Ms. Rodríguez-Solivan was a minor who was represented in the action by her father, Mr. Mario Rodríguez-Cimadevilla.

2. Pursuant to the terms of a settlement stipulation arrived at in the above captioned case with codefendant Royal Insurance Co. ("Royal"), and approved by this Court pursuant to an Order dated July 13, 1999, Royal deposited with the Court, Check No. 15458 in the amount of $40,000.00, for the benefit of Ms. Rodríguez-Solivan and her still minor brother, Mario Rodríguez-Solivan, in equal shares of $20,000.00. (See Docket Nos. 64, and 66).

3. Of the $20,000.00 deposited for each of the minors, the Court authorized the deduction of $4,000.00 from each share for the satisfaction of attorneys fees, thus reducing the amounts presumably <u>deposited in an interest-bearing account or instrument</u> for the benefit of each minor to $16,000.00.

3. On January 10, 2008, Mr. Mario Rodríguez-Cimadevilla, appearing individually and in representation of her then still minor daughter, Ms. Rodríguez-Solivan, petitioned the Court to disburse to Ms. Rodríguez-Solivan the amount of $12,280.00, to defray her expenses of pursuing college level studies at the Universidad Complutense de Madrid, Spain during the spring semester of the current year. Docket Entry No. 74.

4. The aforestated motion was granted by way of Order issued on January 14, 2008, by the Honorable Judge Aida M. Delgado-Colon. Subsequently and in compliance with the Order of Judge Delgado-Colon, the Clerk of this Court issued to Ms. Rodríguez-Soldevilla a check in the amount of $12,280.00, thus reducing the principal amount deposited on her behalf to $3,720.00, plus the interest accumulated on the principal amount since its deposit in 1999. Docket Entry No. 76.

5. As evidenced by the attached birth certificate, marked Exhibit 1, Ms. Rodríguez-Solivan attained majority of age on May 15, 2008.

**WHEREFORE**, having attained majority of age, Ms. Rodríguez-Solivan respectfully prays this Honorable Court for an order directing the Clerk of this Court to disburse to her, by check issued to the order of Mildred Marie Rodríguez-Solivan, all of the monies that remain deposited on her behalf in the interest bearing acount in which the principal sum was deposited for her benefit, less administrative expenses charged pursuant to law and/or regulation.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of May, 2008.

**I HEREBY CERTIFY** that this motion has been filed via the CM/ECF system which will send electronic notice to all attorneys of record.

**FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC**
P. O. Box 363507
San Juan, PR 00936-3507
Tel. (787) 759-3229
Fax: (787) 250-7545

s/ José A. Acosta Grubb
JOSÉ A. ACOSTA GRUBB
USDC-PR No. 119509
E-mail: jacosta@fgrlaw.com
